**Shawn ALLICOCK, Petitioner–Appellant,**

v.

**John ASHCROFT, Attorney General; James W. Ziglar, Commissioner, Immigration & Naturalization Service; J. McElroy, New York District Director; Caryl Thompson, Oakdale Acting District Director; Immigration and Naturalization Service; United States Department of Justice, Respondents–Appellees.**

No. 03–2413.

United States Court of Appeals, Second Circuit.

April 5, 2004.

Shawn Allicock, Oakdale, LA (on submission), for Petitioner, pro se.

Kristen Chapman, Assistant United States Attorney, Brooklyn, N.Y. (Roslynn R. Mauskopf, United States Attorney, and Varuni Nelson) (on submission), for Respondents, of counsel.

Present: JACOBS, STRAUB, and WESLEY, Circuit Judges.

### *SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

Shawn Allicock appeals from a judgment entered in the United States District Court for the Eastern District of New York (Korman, *J.*), dismissing his habeas petition for failure to exhaust administrative remedies. Familiarity is assumed as to the facts, the procedural context, and the specification of appellate issues.

This Court reviews *de novo* the district court's dismissal of a habeas petition for lack of jurisdiction. *Kuhali v. Reno*, 266 F.3d 93, 99 (2d Cir.2001). We affirm for substantially the reasons referenced by the district court.

We are aware that the district court has stayed Allicock's final order of removal, pending its decision on a subsequent habeas petition. Our affirmance of the district court's dismissal of the instant petition does not foreclose the district court's consideration of that petition.

Accordingly, the judgment of the district court is hereby **AFFIRMED.**